IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

Kurt Kevin Robinson - #108095

_____ /

CV 10 80087 MISC

VRW

## ORDER TO SHOW CAUSE

It appearing that Kurt Kevin Robinson has been suspended for two years by the Supreme Court of California effective March 5, 2010,

**IT IS ORDERED**

That respondent show cause in writing on or before May 31, 2010 as to why he should not be suspended from the practice of law before this court.

Dated:

VAUGHN R. WALKER
United States District Chief Judge

Mailing Address:

Kurt Kevin Robinson
Attorney At Law
Robinson Law Firm
37600 Central Ct Ste 264-A
Newark, CA 94560