**FILED**

JUL -6 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF: | No CV 10 80087 MISC VRW |
| Kurt Kevin Robinson, | |
| State Bar No 18095 | ORDER |

On April 19, 2010, the court issued an order to show cause (OSC) why Kurt Kevin Robinson should not be removed from the roll of attorneys authorized to practice law before this court, based upon his suspension for two years by the Supreme Court of California, effective March 5, 2010.

The OSC was mailed to Mr Robinson's address of record with the State Bar on April 20, 2010. A written response was due on or before May 31, 2010. No response to the OSC has been filed as of this date.

The court now orders Kurt Kevin Robinson removed from the roll of attorneys authorized to practice before this court. The clerk is directed to close the file.

IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

   Kurt Kevin Robinson

_____/

Case Number: C10-80087 VRW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 6, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Kurt Kevin Robinson
4681 Deadwood Dr
Fremont, CA 94536

Dated: July 6, 2010

                                          Richard W. Wieking, Clerk
                                          By: Cora Klein, Deputy Clerk

                                          *Cora Klein* (signature)